IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MASON WOODWARD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GENERAL MOTORS, LLC,**<br><br>*Defendant.* | **Case No. 2:25-cv-00605-JDW** |

## ORDER

AND NOW, this 6th day of June, 2025, upon consideration of Defendant's Motion To Transfer Venue To The United States District Court For The Middle District Of Pennsylvania (ECF No. 9), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1404.

The Clerk of Court shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania and mark the case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.